18 A.3d 1092

**Gilbert R. WILLIAMS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Olenginski and Sypniewski, Respondents.**

**No. 115 EM 2010.**

Supreme Court of Pennsylvania.

Feb. 17, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2011, the Petition for Review is **DENIED.**

18 A.3d 1092

**Gilbert R. WILLIAMS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, et al., Respondent.**

**No. 116 EM 2010.**

Supreme Court of Pennsylvania.

Feb. 17, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2011, the Petition for Review is **DENIED.**